```
DAVIDOFF GOLD LLP
DUANE KUMAGAI (State Bar No. 125063)
dkumagai@davidoffgold.com
RISA J. MORRIS (State Bar No. 221179)
rmorris@davidoffgold.com
1900 Avenue of the Stars, 20TH Floor
Los Angeles, California 90067
Telephone: (310) 201-7520

Attorneys for Plaintiff
IMPORTERS SERVICE CORPORATION
```

FILED
12 APR 19 PM 3:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV12- 03413 GHK (JCx)

| | |
|---|---|
| IMPORTERS SERVICE CORPORATION, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTSET DISTRIBUTION, INC. d/b/a Total Transportation and Distribution, Inc., a California corporation,<br><br>Defendant | Case No.:<br><br>COMPLAINT FOR BREACH OF CONTRACT AND NEGLIGENCE |

Plaintiff Importers Service Corporation ("ISC") alleges as follows:

## PARTIES

1. ISC is, and at all relevant times was, a New Jersey corporation with its principal place of business Brunswick, New Jersey.

2. On information and belief, Defendant Westset Distribution, Inc. ("Defendant") is and, at all relevant times, was a California corporation with its principal place of business at 1551 East Victoria Street, Carson, California.

///

-1-
COMPLAINT FOR BREACH OF CONTRACT AND NEGLIGENCE

## JURISDICTION AND VENUE

3. Jurisdiction over this case is founded on diversity of citizenship under 28 U.S.C. § 1332, in that ISC and Defendant are citizens of different states, and the amount in controversy exceeds $75,000.

4. Venue is proper in the Central District under 28 U.S.C. § 1391(a), in that Defendant is a resident of the Central District, and a substantial part of the events and omissions giving rise to ISC's claim occurred in the Central District.

## GENERAL ALLEGATIONS

5. ISC is a distributor of bulk food ingredients, including acacia gum, gum karaya and gum arabic, to processors of food products for human consumption.

6. Defendant operates a commercial warehouse service.

7. Before doing any business with Defendant, ISC informed Defendant that it is a food-ingredient distributor, that it needed a warehouse in Southern California in which to store large quantities of its food-ingredient inventory, and that the warehouse must be safe for the storage of food ingredients. Defendant represented to ISC that its 100,000 square foot warehouse, located at 1551 East Victoria Street, Carson California (the "Main Warehouse"), meets these requirements.

8. Approximately nine years ago, in reliance upon Defendant's representations, ISC began shipping inventory to Defendant's Main Warehouse. ISC did so continuously thereafter until October 2011. Defendant accepted all of ISC's shipments for storage. At all times, Defendant was fully aware that the ISC's inventory consisted of bulk food ingredients, and of the need to store the inventory in a food-safe warehouse.

9. ISC's shipments to the Main Warehouse included approximately 84,850 pounds of acacia gum, gum karaya and gum arabic (collectively, the "Goods"), which arrived on or about October 3, 2012. On the same day, Defendant issued to ISC a warehouse receipt confirming its receipt of the Goods. Attached as <u>Exhibit 1</u> is a true copy of the UNLOAD/RECEIVING REPORT issued by Defendant to ISC the warehouse receipt. The Goods were in good and proper condition when Defendant received them.

10. Instead of storing the Goods in its Main Warehouse, Defendant stored the Goods in a 20,000 square foot warehouse located at 1195 East Victoria Street, Carson, California (the "Secondary Warehouse"). Defendant did so without the knowledge or consent of ISC. ISC did not even know that Defendant had a second warehouse under its control.

11. The Secondary Warehouse was unsafe for the storage of food ingredients in that, among other things, Defendant had no pest-control regimen in place for it, and it was actively infested with drywood termites.

12. By placing them in the Secondary Warehouse, Defendant exposed all of the Goods to unsanitary conditions, and contaminated some or all of the Goods with live and dead insects, insect excrement and other filth. As a result, ISC cannot sell the Goods, and must incur the cost of destroying and certifying the destruction of the Goods.

### FIRST CLAIM FOR RELIEF
### (Breach of Contract)

13. ISC realleges, and incorporates herein by reference, each and every allegation set forth in paragraphs 1 through 12 above.

14. Defendant and ISC entered into an oral contract for the storage of the Goods that includes express terms and as well as implied terms. The contract obligated Defendant to store the Goods and keep them safe from harm so long as Defendant had possession of them.

15. On or after October 3, 2012, Defendant breached the contract by placing and storing the Goods in its Secondary Warehouse, thereby exposing them to unsanitary conditions, and in fact contaminating the Goods as described above. ISC has performed all conditions, covenants and agreements required of it under the contract, except as performance is excused by reason of Defendant's breach.

16. As a direct and proximate result of the breach, ISC has been damaged in the principal amount of $222,875 or more.

///

SECOND CLAIM FOR RELIEF

(Negligence)

17. ISC realleges, and incorporates herein by reference, each and every allegation set forth in paragraphs 1 through 12 above.

18. While the Goods were in their possession, Defendant negligently placed and stored them in its Secondary Warehouse, thereby exposing them to unsanitary conditions, and in fact contaminating the Goods as described above.

19. As a proximate result of the negligence of Defendant, the Goods were rendered unfit for sale and must be destroyed, all to ISC's damage in the sum of $222,875 or more.

PRAYER

WHEREFORE, ISC prays for a judgment against Defendant on all Claims for Relief awarding to ISC:

1. Compensatory damages according to proof and in the sum of at least $222,875;

2. Interest on all damages;

3. Costs of suit; and

4. Such other and further relief as the Court may deem just and proper.

DATED: April 19, 2012                    DAVIDOFF GOLD LLP

                                         By: _____
                                             DUANE KUMAGAI
                                         Attorneys for Plaintiff IMPORTERS SERVICE
                                         CORPORATION

COMPLAINT FOR BREACH OF CONTRACT AND NEGLIGENCE

EXHIBIT 1

**Westset Distribution, Inc.**
1551 East Victoria Street
Carson, California 90745
Ph: 310-639-0505  Fax: 310-639-7870

**UNLOAD / RECEIVING REPORT**

**RECEIVER NO.** _____

CUSTOMER: 05 - IMPORTERS SERVICES CORP
P.O. OR REFERENCE #: PO#20 PALLETS
ORIGIN: EDISON, NJ

DATE: 10/3/2011
TIME:
CARRIER: IMPORTERS SERVICE CORP.

**PRODUCT # & DESCRIPTION: SPRAY DRIED GUM ACACIA H-550**

| CONTAINER # OR TYPE | | | P.O.# | | | | LOCATION | |
|---|---|---|---|---|---|---|---|---|
| BAG | | | | | | | | |
| SKID | QTY | PACK FACTOR | | BATCH NO./LOT NO. | LBS EACH BAG NET | TOTAL LBS NET | | TARE |
| 4 | 160 | 40 | | 11-09282 | 50 | 8000 | | |

**PRODUCT # & DESCRIPTION: S/D GUM ARABIC**

| CONTAINER # OR TYPE | | | P.O.# | | | | LOCATION | |
|---|---|---|---|---|---|---|---|---|
| BAG | | | | | | | | |
| SKID | QTY | PACK FACTOR | | BATCH NO./LOT NO. | LBS EACH BAG NET | TOTAL LBS NET | | TARE |
| 8 | 320 | 40 | | 11-08267 | 50 | 16000 | | |

**PRODUCT # & DESCRIPTION: S/D CUM ARABIC H-380 QD**

| CONTAINER # OR TYPE | | | P.O.# | | | | LOCATION | |
|---|---|---|---|---|---|---|---|---|
| BAG | | | | | | | | |
| SKID | QTY | PACK FACTOR | | BATCH NO./LOT NO. | LBS EACH BAG NET | TOTAL LBS NET | | TARE |
| 8 | 320 | 40 | | 11-08276 | 50 | 16000 | | |

**PRODUCT # & DESCRIPTION:**

| CONTAINER # OR TYPE | | | P.O.# | | | | LOCATION | |
|---|---|---|---|---|---|---|---|---|
| SKID | QTY | PACK FACTOR | | BATCH NO./LOT NO. | LBS EACH BAG NET | TOTAL LBS NET | | TARE |

| SERVICE | UNLOADED BY | PALLETS IN | PALLETS USED | SIGNED BY | CHECK BY | RECEIVER | VERIFIED BY | PCS ON THIS PAGE | GRAND TOTAL OF PCS | Skids on this page | Grand total # of skids |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CAMERINO | 20 | 0 | JOSE C | CAMERINO | JOSE C | | 800 | 800 | 20 | 20 |

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
IMPORTERS SERVICE CORPORATION

**DEFENDANTS**
WESTSET DISTRIBUTION, INC., dba Total Transportation and Distribution, Inc.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Duane Kumagai   Telephone: (310) 201-7541
DAVIDOFF GOLD LLP   Email: dkumagai@davidoffgold.com
1900 Avenue of the Stars, 20th Floor, Los Angeles, CA 90067

**Attorneys (If Known)**
Rosamund M. Lockwood   Telephone: (949) 975-7500
Burkhalter Kessler Goodman & George   Email: rlockwood@bkgglaw.com
2020 Main Street, Suite 600
Irvine, CA 92614

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
CLASS ACTION under F.R.C.P. 23: ☐ Yes ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ $222,875.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of Contract and Negligence

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY | TORTS – PERSONAL INJURY | TORTS – PERSONAL PROPERTY | BANKRUPTCY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 422 Appeal 28 USC 158 | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 423 Withdrawal 28 USC 157 | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | CIVIL RIGHTS | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 441 Voting | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 340 Marine | | ☐ 442 Employment | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | | ☐ 345 Marine Product Liability | | ☐ 443 Housing/Accommodations | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | ☐ 350 Motor Vehicle | | ☐ 444 Welfare | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | | ☐ 355 Motor Vehicle Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 360 Other Personal Injury | | ☐ 446 American with Disabilities - Other | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | | ☐ 362 Personal Injury-Med Malpractice | | ☐ 440 Other Civil Rights | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☒ 190 Other Contract | | ☐ 365 Personal Injury-Product Liability | | | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | | ☐ 368 Asbestos Personal Injury Product Liability | | | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | | | | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | IMMIGRATION | | | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 462 Naturalization Application | | | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 463 Habeas Corpus-Alien Detainee | | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | ☐ 465 Other Immigration Actions | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | | | |

CV12-03413

FOR OFFICE USE ONLY:   Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New Jersey |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Central District - Los Angeles County |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Central District - Los Angeles County |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date April 19, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Duane Kumagai (Bar No. 125063)
dkumagai@davidoffgold.com
DAVIDOFF GOLD LLP
1900 Avenue of the Stars, 20th Floor
Los Angeles, CA 90067
(310) 201-7520

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPORTERS SERVICE CORPORATION, a New Jersey corporation,<br><br>PLAINTIFF(S)<br>v.<br>WESTSET DISTRIBUTION, INC. d/b/a Total Transportation and Distribution, Inc., a California corporation,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV12-03413 GHK (JCx)**<br><br>SUMMONS |

TO: DEFENDANT(S): WESTSET DISTRIBUTION, INC. dba Total Transportation and Distribution, Inc.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Duane Kumagai, Davidoff Gold LLP,__ whose address is __1900 Avenue of the Stars, 20th Floor, Los Angeles, CA 90067__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: APR 1 9 2012

Clerk, U.S. District Court

By: _____
Deputy Clerk
(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)          SUMMONS