

FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Duane Kumagai
DAVIDOFF GOLD LLP
1900 Avenue to the Stars, 20th Floor
Los Angeles, CA 90067
(301) 201-7541
dkumagai@davidoffgold.com

12 APR 19 PM 3:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

ATTORNEYS FOR: Plaintiff, Importers Service Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IMPORTERS SERVICE CORPORATION<br><br>                              Plaintiff(s),<br>v.<br>WESTSET DISTRIBUTION, INC., dba Total Transportation and Distribution, Inc., a California corporation<br>                              Defendant(s) | CASE NUMBER:<br>**CV12-03413** (JC)(x)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff, Importers Service Corporation
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Importers Service Corporation | Owner of the goods in question |
| Westset Distribution, Inc., dba Total Transportation and Distribution, Inc. | Transporter of the goods in question |

April 19, 2012                                                          [signature: Duane Kumagai]
Date                                                                           Sign

Duane Kumagai
Attorney of record for or party appearing in pro per