KUMAGAI LAW GROUP PC
DUANE KUMAGAI (125063)
dkumagai@klgla.com
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 461-1625

Attorneys for Plaintiff
IMPORTERS SERVICE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPORTERS SERVICE CORPORATION, a New Jersey corporation,<br><br>Plaintiff,<br>v.<br><br>WESTSET DISTRIBUTION, INC. d/b/a Total Transportation and Distribution, Inc., a California corporation, and TOTAL TRANSPORTATION AND DISTRIBUTION, INC., a California corporation,<br><br>Defendants. | Case No.: CV 12-03413-GHK (JCx)<br><br>**ORDER OF DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT** |

    On the Stipulation for Dismissal Pursuant to Settlement Agreement and good cause appearing,

    IT IS ORDERED THAT this action is hereby dismissed, with prejudice.

DATED:     December 21, 2012

                                                   /s/
                               Honorable Jacqueline Chooljian
                               United States Magistrate Judge